*For dissent*—Justices PATTERSON, FERNANDEZ-VINA, SOLOMON—3.

*Not participating*—Judge CUFF (temporarily assigned).

120 A.3d 943

IN THE MATTER OF TRACEY A. BLOODSAW, AN ATTORNEY AT LAW (ATTORNEY NO. 006381997).

September 10, 2015.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20-3(g)(4) and *Rule* 1:20-11, seeking the immediate temporary suspension from practice of **TRACEY A. BLOODSAW** of **JERSEY CITY,** who was admitted to the bar of this State in 1997; and good cause appearing;

It is ORDERED that **TRACEY A. BLOODSAW** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **TRACEY A. BLOODSAW** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **TRACEY A. BLOODSAW** pursuant to *Rule* 1:21-6 be re-

strained from disbursement except on application to this Court, for good cause shown; and it is further

ORDERED that **TRACEY A. BLOODSAW** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.